[No. 43973-1-I.    Division One.    April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY BISSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00982-4, George N. Bowden, J., entered November 30, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43467-5-I.    Division One.    April 17, 2000.]

BRUCE J. MORGAN, DPM, *Appellant*, v. PEACE HEALTH, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-29849-1, Robert S. Lasnik, J., entered September 10, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Cox, J. Now published at 101 Wn. App. 750.

[No. 40478-4-I.    Division One.    April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEIL WASIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-09004-4, Anthony P. Wartnik, J., entered April 7, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 18423-4-III.    Division Three.    April 18, 2000.]

COLLEEN W. ROOT, ET AL., *Appellants*, v. WENATCHEE VALLEY CLINIC, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-2-00452-1, Kenneth L. Jorgensen, J., entered April 5, 1999. *Reversed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.